# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARIO CHAIDEZ,<br><br>　　　　Defendant. | Case No. 2:20-CR-00294-JAD-BNW-1<br><br>**ORDER** |

　　Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the sentencing hearing currently scheduled for Monday, October 18, 2021 at 11:00 a.m., be vacated and continued to November 22, 2021, at 3:00 p.m.

　　DATED this 15th day of October, 2021.

_____
UNITED STATES DISTRICT JUDGE