# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

       Plaintiff,

    v.

MARIO CHAIDEZ,

       Defendant.

Case No. 2:20-CR-00294-JAD-BNW-1

**<u>ORDER</u>**

ECF No. 34

      Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the sentencing hearing currently scheduled for Monday, November 22, 2021 at 3:00 p.m., be vacated and continued to February 7, 2022, at 2:00 p.m.

      DATED this 22nd day of November, 2021.

_____

UNITED STATES DISTRICT JUDGE